KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5056
    FAX: (408) 535-5066
    Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED 5/25/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00318 RMW |
|     Plaintiff, ) | |
|     v. ) | ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |
| ISABEL ZURITA-NUNEZ, ) | |
|     Defendant. ) | |

On May 22, 2006, the parties appeared before the Court for a status appearance. At that appearance, Assistant Federal Public Defender Lara Vinnard informed the Court that she needed time to review discovery and conduct an investigation into the case. Therefore, the parties jointly requested that the case be continued to June 26, 2006. In addition, the parties requested an exclusion of time under the Speedy Trial Act from May 22, 2006 until June 26, 2006. The defendant, through Assistant Federal Public Defender Lara Vinnard, agreed to the exclusion. In addition, the parties stipulated and agreed that an exclusion under Speedy Trial Act was appropriate based on the defendant's need for effective preparation of counsel.

ORDER TO EXCLUDE TIME
CR 06-00318 RMW

| | | |
|---|---|---|
| 1 | SO STIPULATED. | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED:_____ | _____/s/_____<br>SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED:_____ | _____/s/_____ |
| 6 | | LARA S. VINNARD<br>Assistant Federal Public Defender |

      Accordingly, the Court HEREBY ORDERS that the time between May 22, 2006 and June 26, 2006 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

 5/25/06_____                /S/ RONALD M. WHYTE
Dated                                RONALD M. WHYTE
                                        United States District Judge